Magistrate Judge Martinez

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 11 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD DARRELL KOPLIN,

Defendant.

MAGISTRATE'S DOCKET NO.

02-330 M

COMPLAINT for VIOLATIONS of Title 18, United States Code, 2422(a) and 2423(a)

BEFORE Ricardo S. Martinez, United States Magistrate Judge, United States Courthouse, 1010 Fifth Avenue, Seattle, Washington.

The undersigned complainant being duly sworn states:

COUNT 1

Between on or about a date uncertain in June 2002, and June 6, 2002, at Kent, within the Western District of Washington, and elsewhere, EDWARD DARRELL KOPLIN, knowingly persuaded, induced, enticed, and coerced JANE DOE, a minor female, date of birth August 7, 1990, to travel in interstate commerce from Salt Lake City, Utah, to Kent, Washington, to engage in a sexual act for which any person may be criminally prosecuted under the laws of the State of Washington, that is, Revised Code of Washington, 9A.44.073, Rape of a Child in the First Degree.

All in violation of Title 18, United States Code, Section 2422(a).



COMPLAINT/KOPLIN — 1
koplin.com

M 02-00330 #00000001

UNITED STATES ATTORNEY
601 UNION STREET
SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

On or about June 6, 2002, at Kent, within the Western District of Washington, EDWARD DARRELL KOPLIN did knowingly transport and cause to be transported in interstate commerce, JANE DOE, a minor female, date of birth August 7, 1990, with the intent that JANE DOE engage in sexual activity for which any person can be charged with a criminal offense, that is, Rape of a Child in the First Degree, in violation of Revised Code of Washington, 9A.44.073.

All in violation of Title 18, United States Code, Section 2423(a).

1. I, Russell L. Walker, am a detective with the Kent Police Department. In this position, I am responsible for investigating violations of criminal laws. I have been assigned to the following investigation and the information contained in this affidavit is based on my personal observation, training, and where noted, information related to me by other law enforcement officers.

2. This affidavit is made in support of a complaint and arrest warrant for EDWARD DARRELL KOPLIN for violations of Title 18, United States Code, Section 2423(a) and Section 2422(a).

3. On June 6, 2002, the Kent Police were notified by Child Protective Service (CPS) that EDWARD DARRELL KOPLIN, date of birth July 2, 1934, was in a hotel room at the Marriott Hotel, in Kent, Washington with an 11-year-old female. CPS received this information earlier that same date from the sister of KOPLIN. On this same date, Kent Police went to the Marriott Hotel in Kent, Washington and verified that KOPLIN was renting room D-132. The officers knocked on the door and identified themselves as maintenance men for safety purposes. KOPLIN answered the door wearing only underwear. Officers then pulled KOPLIN outside, identified themselves as officers and detained him.

4. Other officers entered the room and discovered that an eleven-year-old female, hereinafter referred to as JANE DOE, was inside the room unharmed. Officer Lorette told KOPLIN that he was not under arrest, but did advise him of his <u>Miranda</u> rights. KOPLIN said that he understood those rights. Officer Lorette told KOPLIN that he was being detained in

COMPLAINT/KOPLIN — 2
koplin.com

UNITED STATES ATTORNEY
601 UNION STREET
SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 handcuffs because the officers believed that KOPLIN had a gun in the hotel room. KOPLIN said that he did have a gun but had a gun permit. A handgun was later found in KOPLIN's car.

5. Kent police removed the handcuffs from KOPLIN and he signed a consent to search the hotel room. A search of the room was made and numerous sexual aids and pornographic movies was found. There was an opened wrapper for a clitoral pleasure device and an opened package of AA batteries. A receipt for the items were found in a bag dated 6/5/02. A paper back book titled "Horse-Happy School Girl," vibrators, and other sexual aids were found in the drawers and one was plugged into a kitchen wall outlet. There was a magazine with photographs of a girl having sex with a dog, a paperback book titled "Sex before 12," packages of Viagra and lubricating jellies and handwritten documents.

6. KOPLIN was placed under arrest and transported to the Kent Correctional Facility.

7. On this same date, Kent Detective Hemmen and I went to the Kent Correctional Facility to interview KOPLIN. KOPLIN again was advised of his Miranda rights, which he said he understood and agreed to talk to us.

8. KOPLIN said that he met JANE DOE approximately one year ago in Salt Lake City, Utah, at her mother's place of employment, a laundromat. He had developed a friendship with her and her family and had bought her about $15,000.00 worth of gifts. These included horses, a cell phone, numerous clothes, and other items including a college fund. The relationship evolved to the point the he and JANE DOE were seeing each other almost daily. KOPLIN told JANE DOE's mother that he needed to go to Kent, Washington for a few days. DOE's mother gave KOPLIN permission to bring DOE with him on his trip. The officers were able to determine that Koplin arrived in Kent, Washington on or about June 5, 2002.

9. KOPLIN said that DOE approached him with questions about sex so he bought her vibrators.

10. During the interview KOPLIN admitted to inserting his finger in her anus. He said that she didn't like it because he had a fingernail that was uncomfortable to her so he tried wearing a glove with a lubricant. Detective Hemmen asked KOPLIN what finger

COMPLAINT/KOPLIN — 3
koplin.com

UNITED STATES ATTORNEY
601 UNION STREET
SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  he would use and he held up the middle finger on his right hand saying, "the usual one."
2  KOPLIN said that he had also showed her oral sex using his tongue to stimulate her
3  vagina. I asked KOPLIN if he had done any of these things during the time he and DOE
4  were staying at the hotel in Kent and he said that he had inserted his finger in her anus
5  with a glove "for just a minute." KOPLIN also said that he had orally stimulated DOE's
6  vagina several days ago while staying at the hotel in Kent. KOPLIN said that he had also
7  done this activity while in Utah and Boise, Idaho, while they were driving to Washington.

8      11.   Based upon the foregoing, I submit that probable cause exists to believe that
9  EDWARD DARRELL KOPLIN committed violations of Title 18, United States Code,
10 Section 2423(a), that is Rape of a Child in the First Degree; and Title 18, United States
11 Code, Section 2422, Interstate Travel with a Minor for the purposes of Sex.

*[signature]*
RUSSELL L. WALKER, Complainant
Detective Kent Police Department

Complaint and affidavit sworn to before me and subscribed in my presence this
11 day of June, 2002.

*[signature]*
RICARDO S. MARTINEZ
United States Magistrate Judge

COMPLAINT/KOPLIN — 4
koplin.com

UNITED STATES ATTORNEY
601 UNION STREET
SUITE 5100
SEATTLE, WASHINGTON 98101
(206) 553-7970