# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE

|_____ V.S. _____|

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

Koplin

M 02-00330 #00000002

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)

9 ☐ Other

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now   ☐ Yes   ☒ No   ☐ Am Self-Employed
Name and address of employer: I AM RETIRED N/A
IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment 1998
How much did you earn per month? $ 2000

If married is your Spouse employed?   ☐ Yes   ☒ No  NOT MARRIED
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**ASSETS — OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☒ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 13,000 / 5900
SOURCES: Social Security / Contract Sale on death

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☒ Yes   ☐ No   IF YES, state total amount $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☒ Yes   ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| 10,000 | 1999 Dodge Van |
| 8000 | 1994 Chev Suburban |
| 3500 | 1996 Chev Corvette |
| 3000 | 1989 Mobile Home |

**DEPENDENTS**

MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED
Total No. of Dependents: N/A
List persons you actually support and your relationship to them: N/A

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | MBNA VFW Mastercard | $ 10,000 | $ New |
| | ATT Universal Credit Card | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/13/02

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]