Magistrate Judge Martinez

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 1 3 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

M 02 00330 #00000004

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 02-330M |
| Plaintiff, | |
| v. | MOTION FOR DETENTION ORDER |
| EDWARD DARRELL KOPLIN, | |
| Defendant. | |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. **Eligibility of Case**. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156).

    ___ Maximum sentence of life imprisonment or death

    ___ 10 + year drug offense

    ___ Felony, with two prior convictions in the above categories

    XX Serious risk the defendant will flee

    ___ Serious risk of obstruction of justice

2. **Reason for Detention**. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    XX Defendant's appearance as required

    XX Safety of any other person and the community

MOTION FOR DETENTION ORDER / KOPLIN— 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

___ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

___ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>*Time for Detention Hearing*</u>. The United States requests the Court conduct the detention hearing:

<u>XX</u> At the initial appearance

___ After continuance of __ days (not more than 3)

5. <u>Other matters</u>.

DATED this 13th day of June, 2002.

Respectfully submitted,
JOHN McKAY
United States Attorney

*[signature]*

ILENE MILLER
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/KOPLIN— 2

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970