# United States District Court

## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.

EDWARD DARRELL KOPLIN

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 1 3 2002 **MR**

BY CLERK U.S. AT SEATTLE
WESTERN DISTRICT COURT
WASHINGTON
DEPUTY

**WARRANT FOR ARREST**

CASE NO. 02-330 M

**To: The United States Marshal
and any Authorized United States Officer**

*YOU ARE HEREBY COMMANDED to arrest <u>EDWARD DARRELL KOPLIN</u>*
Name

and bring him forthwith to the nearest magistrate to answer a __ Indictment __ Information **XX**
Complaint

charging him with (brief description of offense)

## RAPE OF A CHILD IN THE FIRST DEGREE; INTERSTATE TRAVEL WITH A MINOR FOR SEXUAL PURPOSES

in violation of Title <u>18</u> United States Code, Section(s) <u>2422(a) 2423(a)</u>

| | |
|---|---|
| <u>RICARDO S. MARTINEZ</u> | <u>U.S. MAGISTRATE JUDGE</u> |
| Name of Issuing Officer | Title of Issuing Officer |
| *Signature of Issuing Officer* | <u>June 11, 2002, at Seattle, Washington</u> |
| | Date and Location |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
M 02 00330 #00000006

____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

at *Kent Regional Justice Center, Kent, WA*

| DATE RECEIVED 06/13/2002 | NAME OF ARRESTING OFFICER | USAO SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/13/2002 | *SA Ken Wulbert* | |